1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ALEXIS JAMES (NYBN 5603865)
   ANDREW M. SCOBLE (CABN 124940)
5  JONAH P. ROSS (CABN 305076)
   WENDY M. GARBERS (CABN 213208)
6  Assistant United States Attorneys

7       1301 Clay Street, Suite 340S
        Oakland, California 94612
8       Telephone: (415) 436-7196
        FAX: (510) 637-3724
9       Email: alexis.james@usdoj.gov
            andrew.scoble@usdoj.gov
10          jonah.ross@usdoj.gov

11 Attorneys for United States of America

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    OAKLAND DIVISION

15
   UNITED STATES OF AMERICA,          )  NO.: 25-cr-0332 HSG
16                                     )
            Plaintiff,                 )  MOTION TO UNSEAL AND [PROPOSED]
17                                     )  ORDER
        v.                             )
18                                     )  **UNDER SEAL**
   MARVIN BONILLA,                     )
19      a/k/a "Malandro,"              )
   EDWIN CANO-MERIDA,                  )
20      a/k/a "Zombie,"                )
   CESAR ROLANDO LUCAS-PABLO,          )
21      a/k/a "Lobo,"                  )
   WALFER MENDOZA-MENDOZA,             )
22      a/k/a "Shorty,"                )
   GONZALO PABLO,                      )
23      a/k/a "Chalo,"                 )
   JERONIMO "ORLANDO" PABLO-           )
24 CARRILLO,                           )
        a/k/a "Paisano,"               )
25 MARIO PABLO-MATIAS,                 )
        a/k/a "Chuco,"                 )
26 RAYMUNDO PABLO-MATIAS,              )
        a/k/a "El Moch,"               )
27 CARLOS RAMIRO-MENDOZA,              )
        a/k/a "Minch,"                 )
28                                     )
   Defendants.                         )
   _____

MOTION FOR SEALING ORDER              1                    v. 2/22/2020

F I L E D

OCT 31 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

2    The United States, by and through its counsel, Assistant United States Attorney Alexis James,

3  moves this Court for an order unsealing the above-referenced case in entirety, except docket entry

4  number 13, as described in court on October 30, 2025.  Several of the defendants have been arrested and

5  are in federal custody, thus disclosure of the case is no longer likely to jeopardize the investigation or

6  impending arrests.

7    Accordingly, the United States requests that the Court unseal the entire case, except docket entry

8  number 13.

9

10  DATED:  October 31, 2025                    Respectfully submitted,

11                                             CRAIG H. MISSAKIAN
                                               United States Attorney
12

13
                                               /s/
14                                             Alexis James
                                               Assistant United States Attorney
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

2

3 | MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

4 | ALEXIS JAMES (NYBN 5603865)
ANDREW M. SCOBLE (CABN 124940)
5 | JONAH P. ROSS (CABN 305076)
WENDY M. GARBERS (CABN 213208)
6 | Assistant United States Attorneys

7 |      1301 Clay Street, Suite 340S
Oakland, California 94612
8 |      Telephone: (415) 436-7196
FAX: (510) 637-3724
9 |      Email:  alexis.james@usdoj.gov
andrew.scoble@usdoj.gov
10 |          jonah.ross@usdoj.gov

11 | Attorneys for United States of America

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

14 | OAKLAND DIVISION

15
UNITED STATES OF AMERICA,                    )    NO.: 25-cr-0332 HSG
16                                            )
         Plaintiff,                          )    [PROPOSED] SEALING ORDER
17                                            )
    v.                                        )    **UNDER SEAL**
18                                            )
MARVIN BONILLA,                              )
19   a/k/a "Malandro,"                       )
EDWIN CANO-MERIDA,                           )
20   a/k/a "Zombie,"                         )
CESAR ROLANDO LUCAS-PABLO,                   )
21   a/k/a "Lobo,"                           )
WALFER MENDOZA-MENDOZA,                      )
22   a/k/a "Shorty,"                         )
GONZALO PABLO,                               )
23   a/k/a "Chalo,"                          )
JERONIMO "ORLANDO" PABLO-                    )
24 | CARRILLO,                               )
     a/k/a "Paisano,"                        )
25 | MARIO PABLO-MATIAS,                     )
     a/k/a "Chuco,"                          )
26 | RAYMUNDO PABLO-MATIAS,                  )
     a/k/a "El Moch,"                        )
27 | CARLOS RAMIRO-MENDOZA,                  )
     a/k/a "Minch,"                          )
28                                            )
    Defendants.
[PROPOSED] SEALING ORDER                          1                    v. 2/22/2020

1

2        Upon motion of the United States and good cause having been shown, IT IS HEREBY

3  ORDERED that the government's application for an unsealing order, in the above-referenced case, shall

4  be GRANTED.

5        The entirety of the case shall be unsealed, except for docket entry number 13 for reasons

6  described on the record on October 30, 2025.

7  IT IS SO ORDERED.

8  DATED: 10/31/25

9

10                                         HON. DONNA M. RYU
                                            United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28